# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

RYAN R. BLADZIK on behalf of himself and all others similarly situated,

      Plaintiff,

2:17-cv-11762-VAR-EAS

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC, PRA GROUP, INC. and KEVIN L. HOLST, DAVID M. GREENBAUM, KRISTEN L. PEPPER, employee attorneys,

      Defendants.

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation to Dismiss:

IT IS ORDERED that the parties' Stipulation to Dismiss is GRANTED.

Plaintiff's individual claims against all Defendants are DISMISSED WITH PREJUDICE, and the putative class claims against all Defendants are DISMISSED WITHOUT PREJUDICE with each party to bear their own fees and costs.

Dated: August 31, 2017

                              **S/Victoria A. Roberts**
                              Victoria A. Roberts
                              United States District Judge

300343145v1 0999180